No. 53760.—V. W. Davis et al. v. United States, protests 128572–K, etc. (Duluth).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 30, 1949

No. 53761.—Golding Brothers Co., Inc. v. United States, petitions 6721–R and 6722–R (New York).

Opinion by OLIVER, C. J. The record established that prior to each entry repeated conferences were had with the appraiser for the purpose of establishing the proper values of the merchandise. After filing appeals for reappraisement, the petitioner 'investigated market conditions in the country of exportation to determine the proper values. Thereafter, the importer stipulated with the Government that certain items involved in the appeals were dutiable on the basis of foreign value, while others were dutiable on the basis of export value, as entered, and that the balance of the items were dutiable on the basis of the United States value, as appraised. On the record presented it was held that the petitioner acted without any intention to conceal or misrepresent the facts of the case or to defraud the revenue of the United States or to deceive the appraiser as to the value of the merchandise. *Union Food Products Co.* v. *United States* (13 Ct. Cust. Appls. 343, T. D. 41253) cited. The petitions were therefore granted.

BEFORE THE SECOND DIVISION, DECEMBER 2, 1949

No. 53762.—Stobbs & Vickery, Inc. v. United States, protests 344–K, 4583–K, and 22532–K (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 2, 1949

No. 53763.—M. J. Golombeck et al. v. United States, protests 136038–K and 136040–K (Philadelphia).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiffs was sustained.